ANABELLE G. SAVAGE, Trustee
P.O. Box 6179
Reno, Nevada 89513
angiesavage@sbcglobal.net
(775) 337-2111

E-Filed on May 25, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

CHAPTER 7

CASE NO. BK-N-08-50168

BOSWELL, RONALD DWAYNE
BOSWELL, ROSEMARY

**MOTION FOR AUTHORITY FOR TRUSTEE TO SELL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS**

Hearing Date:    July 5, 2011
Hearing Time:    10:00 a.m.

Debtors.                              /

Trustee, ANABELLE G. SAVAGE (herein "Movant") hereby moves the court for an

Order authorizing sale of assets of the estate.

　　　1.　　　Debtors filed their voluntary petition for relief under Chapter 7 of Title 11 of

the United States Bankruptcy code on February 12, 2008.

　　　2.　　　The Debtors are the owners of gas and oil royalties located in the State of

California, Los Angeles County.

　　　3.　　　Trustee has received several offers to purchase the gas and oil royalties. The

highest offer is from Readmore Interests, L.P. in the amount of Six Thousand One Hundred

Forty ($ 6,140.00) Dollars per the offer dated May 14, 2011, attached hereto as Exhibit "A".

　　　4.　　　Trustee is requesting from the Court approval to accept a backup offer from

Thomas T. Holley in the amount of Five Thousand ($5,000.00) Dollars per the offer dated May

13, 2011, attached hereto as Exhibit "B".

　　　5.　　　Trustee intends to notice all listed creditors and parties of interest of the

contemplated sale herein. In the absence of objection by creditors, the proposed sale may be

approved by the United States Bankruptcy Court pursuant to 11 U.S.C. § 363. Further, Trustee would consider accepting offers to purchase the property for a sales price in excess of prospective buyer's current offer, which additional offers may be submitted to the Trustee prior to or at the Bankruptcy Court hearing to consider approval of the proposed sale herein. If any interested parties are interested in a telephonic appearance to place a bid at the time of the hearing, they will need to contact the Trustee for instruction prior to the Bankruptcy Court hearing.

6.    Trustee believes the sale of the royalties herein is in the best interest of the estate, there will be no any additional cost to the estate and will be sold free and clear of any liens. However, in the event a higher offer is received prior to or at the hearing scheduled to the approval of the subject sale, the accepted terms and conditions must be complied with and the cash must be paid within five (5) days following the Court hearing.

**WHEREFORE**, Trustee, Anabelle G. Savage, respectfully requests that this court enter an order authorizing the sale of the assets as herein described and granting such other and further relief as the court deems appropriate.

RESPECTFULLY SUBMITTED this 25th day of May, 2011

/s/ Anabelle G. Savage
ANABELLE G. SAVAGE, Trustee

Reviewed:

UNITED STATES TRUSTEE

# EXHIBIT "A"

**READMORE INTERESTS, L.P.**
4605 Post Oak Place, Suite 220
Houston, Texas 77027

May 14, 2011

By Facsimile   775 - 337-2110
Anabelle Savage
P.O. Box 6179
Reno, NV 89513

Re: Boswell Chapter 7, Case No. 08-50168

Dear Ms. Savage.

        Readmore Interests, LP offers $6,140 for the oil and gas royalties in the captioned case. Please call if you have any questions. Thank you.

Very truly yours,

Key Collie

# EXHIBIT "B"

Thomas T Holley
P.O. Box 3602
Wichita Falls Texas 76301

Office 940-228-5391
Cell 940-781-6047
Fax 940-687-0475
Email : tholley103@aol.com

May 13, 2011

Anabelle G Savage
Trustee in Bankruptcy
United States Bankruptcy Court
District of Nevada
P O Box 6179
Reno Nevada 89513

Re:  Mineral and Royalty Interest Sale Los Angeles California
      Case No. 08-50168
Dear Mrs Savage,

I would like to make a bid of $5,000 for the Mineral and Royalty Interest that is in Los
Angeles California.

The Case is
Ronald Dwayne Boswell
CASE No. 08-50168

The name of my company is:

Thomas T. Holley Oil and Gas Properties
P O Box 3602
Wichita Falls Texas 76301


Please contact me with any questions or comments

Sincerely

Tom Holley